JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD DEWAINE SCOTT, <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA STATE PRISON et al., <br><br> Respondents. | Case No. 2:24-cv-10066-JVS-RAO <br><br> JUDGMENT |

Pursuant to the Court's Order Summarily Dismissing Petition and Denying Certificate of Appealability,

IT IS ORDERED that the above-captioned case is dismissed without prejudice.

DATED: December 16, 2024

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE